UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE RICHARDS,

       Plaintiff,

Case Number: 12-cv-11348

v.

HONORABLE GEORGE CARAM STEEH

THE GOVERNMENT OF IRAN, et al.,

       Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order of this date, this cause of action is **DISMISSED WITHOUT PREJUDICE**

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        BY: s/Josephine Chaffee
                               DEPUTY COURT CLERK

DATED: April 17, 2012