UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE RICHARDS,

    Plaintiff,

v.

THE GOVERNMENT OF IRAN, et al.,

    Defendants.
_____/

Case Number: 12-cv-11348

HONORABLE GEORGE CARAM STEEH

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order of this date, this cause of action is **DISMISSED WITHOUT PREJUDICE**

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Josephine Chaffee
        DEPUTY COURT CLERK

DATED: April 17, 2012